**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6706**

———————————

DONALD HUBERT WAGNER,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; OFFICER
HICKS; OFFICER LUDWIG,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-95-657-3)

———————————

Submitted: July 23, 1996          Decided: August 6, 1996

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Donald Hubert Wagner, Appellant Pro Se. Alexander Leonard Taylor, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the magistrate judge's opinion and find no reversible error. <u>See United States v. Williams</u>, 674 F.2d 310, 312 (4th Cir. 1982). Accordingly, we affirm on the reasoning of the district court. <u>Wagner v. Virginia Dep't of Corrections</u>, No. CA-95-657-3 (E.D. Va. Apr. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>